This case is controlled by *Martin* v. *Wayne Circuit Judge, ante,* 396.

Mandamus by Harry Martin and another to compel George W. Sample, presiding circuit judge of Wayne county, to vacate an order appointing a receiver. Submitted July 29, 1924. (Calendar No. 31,490.) Writ denied October 6, 1924.

*Thomas L. Dalton* and *Frederick P. Hempel,* for plaintiffs.

*George B. Murphy,* for defendant.

CLARK, C. J. In material facts and applicable law this case is a companion of *Martin* v. *Wayne Circuit Judge, ante,* 396, and is ruled thereby.

Writ denied, with costs to the judgment creditor against plaintiffs.

MCDONALD, BIRD, SHARPE, MOORE, STEERE, FELLOWS, and WIEST, JJ., concurred.